UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAVEN MAURER | CIVIL ACTION |
| VERSUS | NO: 19-13479 |
| ST. TAMMANY PARISH SCHOOL BOARD, et al. | SECTION: "T" (3) |

## ORDER

Before the Court is a Motion for Lack of Jurisdiction filed by St. Tammany Parish School Board (the "STPSB"), William L. Folse, III, and Michael J. Cossé ("Defendants").[1] Raven Maurer ("Plaintiff") filed an opposition.[2] For the following reasons, the Motion to Dismiss for Lack of Jurisdiction is DENIED.

In their Rule 12(b)(1) Motion to Dismiss, Defendants assert an absence of subject matter jurisdiction based on the Plaintiff's claim under the Labor Management Relations Act, 29 U.S.C. § 185 ("LMRA"), because the LMRA is inapplicable to Plaintiff's claims on the basis that Defendant STPSB is a political subdivision.[3] Plaintiff in her response concedes that, were her LMRA claim the sole basis for the Court's jurisdiction over her state law claims, the Court's subject matter jurisdiction would indeed be called into doubt.[4] However, Plaintiff timely amended her petition to withdraw her LMRA claim, and to instead assert a claim against Defendants pursuant to 42 U.S.C. § 1983. The Amended Complaint is the subject of a separate Motion to

---

[1] R. Doc. 9.
[2] R. Doc. 13.
[3] R. Doc. 9-1.
[4] R. Doc. 13, pp. 1-2.

1

Dismiss.[5] Accordingly, the Court finds that Defendants' Motion to Dismiss the original complaint is now moot and should be DENIED.

**IT IS ORDERED** that the Motion to Dismiss for Lack of Jurisdiction[6] is **DENIED**.

New Orleans, Louisiana, on this 28th day of September 2020.

                                                     **GREG GERARD GUIDRY**
                                                 **UNITED STATES DISTRICT JUDGE**

---

[5] R. Doc. 16.
[6] R. Doc. 9.